OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 21, 2008

TO:  Greg Lloyd Smith
     Katerina Theohar-Smith
     Kestrel House, Ornos
     846 00 Mykonos
     Mykonos
     Greece
     011 30 693 406 8559

**RE:  Enclosure of Rule 4 and Notice of a Lawsuit and Request
to Waive Service of Summons**

Dear Mr. Smith and Ms. Theohar-Smith:

Enclosed please find an "Acknowledgment of Receipt of Rule 4 of the Federal Rules of Civil Procedure." Please sign and return this form to the Clerk's Office. Also, the correct "Notice of Lawsuit and Request to Waive Service of Summons" form has been enclosed.

Sincerely,

/ead

PETER T. DALLEO
CLERK

enc: Rule 4
     Waiver of Service form
     Returned Waiver of Service forms