OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

RE:   C.A.#  08-446

CASE CAPTION: Smith          v. Richards Layton Finger

## ACKNOWLEDGMENT OF RECEIPT FOR F.R.Civ.P. 4

I hereby acknowledge receipt of a copy of Rule 4 (Summons) of the Federal Rules of Civil Procedure, and understand that it is my responsibility to make service of process on defendants in accordance with this rule.

Date Received  7/28/08            Signed: _____
by Plaintiff:                              Pro-Se Plaintiff

Date Received _____     Signed: _____
by Clerk's office:                         Deputy Clerk

Note: If you received Federal Rule 4 by mail, please sign this receipt and return it to:

Clerk
U.S. District Court
844 N. King Street                If applicable, Rule 4 mailed to plaintiff:
Lockbox 18
Wilmington, DE 19801
                                          7/21/08
                                         Date mailed

                                    _____
                                         By Deputy Clerk

cc:  Docketing Clerk

wp\forms\rule4receipt 2-04



Clerk
U.S District Court
844 N. King Street
Lockbox 18
Wilmington, DE 19801
USA

PAR AVION
PRIORITAIRE

Sender:
Buras
84600
Mykonos
Greece